JS-6

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESKA, INC., *et al*.<br><br>Defendants. | Case No. CV14-9731-CAS (JPRx)<br><u>Hon. Christina A. Snyder Presiding</u><br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION** |

1

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: _July 2, 2015               By:  *Christina A. Snyder*
                                       HON. CHRISTINA A. SNYDER
                                       UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION